UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:13-00047 |
| | ) Chief Judge Haynes |
| ROBERTO MANIER | ) |

**ORDER**

This matter is GRANTED in the interests of justice to allow defense counsel to be prepared for trial. Counsel for the parties shall come to court on June 20 [illegible] to submit an agreed order [illegible] with new trial and plea date. [illegible]

s/ [signature]
5-7-13

## MOTION AND INCORPORATED MEMORANDUM TO CONTINUE TRIAL AND FOR ADDITIONAL EXTENSION OF TIME TO FILE PRETRIAL MOTIONS

COMES the defendant, Roberto Manier, through undersigned counsel, and respectfully requests that this Honorable Court enter an order granting his motion for a continuance of the trial presently set for **May 28, 2013**. The reasons for this motion are as follows:

1. Mr. Manier is charged with three counts of distribution of controlled substances. These charges arise out of an independent State investigation. Counsel needs additional time to investigate and research the underlying facts of the case. Furthermore, Mr. Manier has a pending supervised release violation in front of the Honorable Judge Campbell (3:06-0031-18). Counsel is working on a disposition that will encompass both cases. As such, counsel will need additional time to meet with Mr. Manier and to conduct further research. The government has no opposition to this motion. Additionally, this motion has been discussed with Mr. Manier, who, likewise, has no objection to the granting of a continuance of the trial date in this matter.

2. 18 U.S.C. § 3161(h)(8)(A) provides, in pertinent part, that any period of delay resulting from a continuance granted on the basis of a court's findings that the ends of justice served by the granting of a continuance outweigh the best interest of the public and the defendant in a speedy trial shall be excluded in computing the time within which the trial must commence. The